

Robert P. Sauser

Crestwood, IL 60418

October 22, 2019

<u>VIA E-MAIL</u> lpresta@crestwood.illinois.gov

Mayor Louis Presta
Village of Crestwood
13840 S. Cicero Avenue
Crestwood, Illinois 60418

Dear Mayor Presta,

Effective immediately, I am resigning my position as a member of The Crestwood Police and Fire Commission. I have been honored to serve, but recent incidents have made me realize that the Village and members of the commission could face civil liabilities on several fronts.

First, The Police and Fire Commission are designed to be an independent entity. The reason for this is to ensure that the testing, hiring, and promotional practices are fair and impartial. Recently, there has been significant interference from the Chief of Police and members of the department in their hiring practices.

We are attempting lateral transfers, which are acceptable, however, we are circumventing the psychological, polygraph, and background investigations. If one of these hires becomes involved in a significant incident, our culpability would be huge for not doing our due diligence. One of the candidates, on the current list, has been or is currently under investigation from the state and was forced to resign his full time position. There is a very real potential he will be charged criminally. Why are we considering hiring him? Does the village need another scandal?

Second, all full time promotions should be the result of testing. The police department promotes the full timers at will. If we are not testing for those spots, how do we know who is the most qualified candidate?

We also have a significant amount of part time officers with rank. Part time officers don't fall under the rules of the Police and Fire Commission. However, I'm told that those promotions and a hostile work environment is what caused the unionization of the part timers.

I should mention that it is illegal for a part time officer to supervise a full time officer. The interference also puts any hiring or promotional list in jeopardy. An applicant who is not selected could sue to challenge the integrity of the process and potentially tie up any hiring for a significant amount of time.

Applications should be sent directly to the commissioners and not the police department. Again, this compromises the process. The commissioners want to do the right thing, but that doesn't always line up with the ideas of the police command staff.

Finally, Lou, you have been a friend to me and I appreciate our friendship. However, the things I discussed above, as well as other things going on in the village have made me realize it's time for me to go. I hope you understand and respect my decision.

Respectfully submitted,

Robert P. Sauser

cc: Catherine Johnson, Village Clerk (cjohnson@crestwood.illinois.gov)
Patricia T. Flynn, Trustee (tflynn@crestwood.illinois.gov)
Anthony J. Benigno, Trustee (abenigno@crestwood.illinois.gov)
William B. Pieroth, Trustee (wpieroth@crestwood.illinois.gov)
Linda M. Madlener, Trustee (lmadlener@crestwood.illinois.gov)
Michael J. McInerney, Trustee (mmcinerney@crestwood.illinois.gov)
Kevin Wasag, Trustee (kwasag@crestwood.illinois.gov)
Bill Graffeo, Village Service Director (bgraffeo@crestwood.illinois.gov)
Rob Lyons, Police and Fire Commissioner (rlyons@crestwood.illinois.gov)
Joseph Zengara, Police and Fire Commissioner (jzengara@crestwood.illinois.gov)