## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DON PRESTON, JOE CORTESI, ERIC CHMURA, GILBERT HUERAMO, II, and ROBERT HOSELTON, )<br><br>Plaintiffs, )<br><br>v. )<br><br>DAVID WIEGAND, Chief of Police for the Village of Crestwood, IL, in his individual and official capacities; Deputy Chief and Director of Operations, DAVID ALEXANDER, in his individual and official capacities; Commander CHRIS SPENCER, in his individual and official capacities; Commander RICHARD WYMAN, in his individual and official capacities; MICHAEL COUTRE, in his individual and official capacities; Mayor LOUIS PRESTA, in his individual and official capacities; the VILLAGE OF CRESTWOOD, a municipal Corporation; the VILLAGE OF CRESTWOOD BOARD OF FIRE AND POLICE COMMISSIONERS; former Village of Crestwood Board of Fire and Police Commissioners Chairman, ROB LYONS, in his individual capacity; current Village of Crestwood Board of Fire and Police Commissioners Chairman FRANK CALDARIO, in his individual capacity; current Village of Crestwood Board of Fire and Police Commissioner, JOSEPH ZANGARA, in his individual capacity; and current Village of Crestwood Board of Fire and Police Commissioner, JAMES FOWLER, in his individual capacity,<br><br>Defendants. ) | Case No.: 20 CV 4272<br><br>Judge: Mary M Rowland<br><br>Magistrate Judge: Young B. Kim<br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING

To: Attorney of Record (See Attached Service List)

***PLEASE TAKE NOTICE*** that on **December 30, 2020**, *we have electronically filed* with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **PLAINTIFFS' AMENDED COMPLAINT,** a true and correct copy of same is attached hereto and hereby served upon you.

                                          Respectfully submitted,

                                      By:    s/Laura L.Scarry
                                                DeANO & SCARRY, LLC

Laura L. Scarry
Raymond J. Byrne
DeAno & Scarry, LLC
53 W. Jackson Blvd., Suite 1610
Chicago, IL 60604
(630) 690-2800
lscarry@deanoscarry.com
rbyrne@deanoscarry.com
aswalec@deanoscarry.com

**CERTIFICATE OF SERVICE**

    I, Amy Swalec, a non- attorney, certify that a copy of this Notice of Filing and above-mentioned documents were served upon attorneys of record and parties via electronic filing from 53 W. Jackson Blvd., Suite 1610, Chicago, IL on **December 30, 2020.**

                                                          s/Amy Swalec

# SERVICE LIST

Re:   Don Preston, et al. v. David Weigand, et al.
       Court No. 20 CV 4272
       Our File No. 12555


***Attorney for Village of Crestwood Board of Fire and Police Commission, James Fowler, Frank Caldario & Joseph Zangara***
Kathleen Carey
**ODELSON, STERK, MURPHEY, FRAZIER & McGRATH, LTD.**
3318 West 95th Street
Evergreen Park, IL 60805
Ph: 708-424-5678
Jessica Rice - *Legal Assistant*
jrice@osmfm.com
kcarey@osmfm.com


***Attorney for Village of Crestwood***
Jeffrey S. Taylor
Jonathan W. Powell
Spesia & Taylor
1415 Black Road, Joliet IL 60435
815-726-4311
jtaylor@spesia-taylor.com
jpowell@spesia-taylor.com
Kathleen Drzik (Assistant) KDrzik@spesia-taylor.com