UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Don Preston, et al.
                        Plaintiff,

v.                                            Case No.: 1:20−cv−04272
                                                     Honorable Mary M. Rowland

Rob Lyons, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 1, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Certain defendants filed a separate motions to dismiss pursuant to FRCP 12(b)(1) and FRCP 12(b)(6). (Dkt. 48 & 49). These defendants requested permission to proceed this way and to hold in abeyance the timeframe for any answer and to raise any affirmative defenses. [50] That request is granted as to all defendants. A date to answer will be set following resolution of the motions to dismiss. Plaintiffs' amended motion for leave to file consolidated response to Defendants' motions to dismiss in excess of fifteen pages instanter [52] is granted. Plaintiffs shall file their response as a separate entry on the docket. Motion [51] is terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.